cuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Mary Louise A. MARTINEZ, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 01–3329.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2001.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

**David UNTERBURGER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 01–3328.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2001.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

Rosalino E. ECURA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 01–3326.

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2001.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

James A. McCRORY, Jr., Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 01–3351.

United States Court of Appeals,
Federal Circuit.

Oct. 12, 2001.

*ORDER*

A petition for review of an initial decision of the Merit Systems Protection Board having been docketed in this court, and it appearing that the petitioner has also sought review before the board, and it appearing that the initial decision of the board will not become a final decision, it is

ORDERED that the petition for review be, and it hereby is, DISMISSED, without prejudice to the subsequent filing of a petition for review after the board has again acted in the case.

NIKKEN USA, INC. (also known
as Nikken, Inc.), Plaintiff–
Appellant,

v.

ROBINSONS–MAY, INC., Homedics–
USA, Inc. (also know as Homedics,
Inc.), Ace Hardware Corp., American
Drug Stores, Inc., Bed Bath & Be-